No. 5196.—CAPELLA ET AL., apltes., *v.* LLUBERAS ET AL.,

apldos.—C. D. San Juan. Feb. 3, 1930.

No ha lugar a resolver la moción de desestimación de la apelada y se tiene a la apelante por desistida del recurso.